DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

DANIEL ARTHUR WHITE,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2023-2237

_____

August 7, 2024

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Hillsborough County; Robin F. Fuson, Judge.

Michael Ufferman of Michael Ufferman Law Firm, P.A., Tallahassee, for Appellant

PER CURIAM.

       Affirmed.

KELLY, BLACK, and SMITH, JJ., Concur.

_____

Opinion subject to revision prior to official publication.